UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PASQUALE LONGORDO,

       Plaintiff,                            Civil Action No.
                                                    4:13-cv-11230

vs.

                                                      HON. MARK A. GOLDSMITH

ENHANCED RECOVERY
COMPANY, LLC,

       Defendant.
_____/

**ORDER STRIKING MOTION FOR PROTECTIVE ORDER (DKT. 16) AND NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER (DKT. 17) AND REJECTING THE PARTIES' PROPOSED PROTECTIVE ORDER**

      Plaintiff Pasquale Longordo improperly electronically filed a copy of the parties' proposed protective order in PDF format via CM/ECF on September 27, 2013 (Dkt. 16). Plaintiff titled this filing "Motion for Protective Order – Stipulated."  Later that day, Plaintiff electronically filed the same document via CM/ECF under the title "Notice by Pasquale Longordo of withdrawal of Motion for Protective Order – Stipulated" (Dkt. 17).  Plaintiff subsequently submitted a copy of the proposed protective order to the Court as a Microsoft Word document using the link located under the Utilities section of CM/ECF.

      Although Plaintiff ultimately submitted the proposed protective order correctly, see E.D. Mich. ECF Filing Policies and Procedures R. 1(j) and 11, the Court notes that Plaintiff's motion (Dkt. 16) and notice (Dkt. 17) remain on the docket.  Accordingly, the Court strikes these documents as improperly filed and moot.

      Moreover, the Court notes that the proposed protective order Plaintiff properly submitted (1) still contains track-change edits and (2) does not contain the language regarding the sealing

of documents that is required by the Case Management Order entered in this case. See Case Management Order at 2-3 (Dkt. 13). Indeed, the proposed protective order appears to rely on the Local Rules for the Western District of Michigan rather than this Court's. Accordingly, the Court rejects the parties' proposed protective order. The parties may re-submit a clean version of the document that complies with the requirements of both the Local Rules for the Eastern District of Michigan and the Case Management Order in this case.

SO ORDERED.

Dated: October 1, 2013  
      Flint, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 1, 2013.

s/Deborah J. Goltz  
DEBORAH J. GOLTZ  
Case Manager