# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **PASQUALE LONGORDO**<br>　　　　Plaintiff,<br><br>v.<br><br>**ENHANCED RECOVERY COMPANY, LLC**<br>　　　　Defendants. | Case No. 4:13-cv-11230-MAG-RSW<br><br>Hon. Mark A. Goldsmith |

## STIPULATED ORDER OF DIMISSAL
## WITH PREJUDICE

This matter having been amicably resolved between the parties and the Court being fully advised;

**IT IS HEREBY ORDERED** that the above entitled cause of action is dismissed in its entirety with prejudice and without costs to any party.

Dated:  March 26, 2014                                s/Mark A. Goldsmith
　　　　Flint, Michigan                                  MARK A. GOLDSMITH
                                                        United States District Judge

## CERTIFICATE OF SERVICE

　　　　The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 26, 2014.

                                                        s/Deborah J. Goltz
                                                        DEBORAH J. GOLTZ
                                                        Case Manager

The undersigned stipulate to entry of the foregoing Order:

| | |
|---|---|
| /s/ Rex C. Anderson (w/Consent)<br>Rex C. Anderson (P47068)<br>Attorney for Plaintiff<br>Rex Anderson, P.C.<br>9459 Lapeer Rd., Ste 101<br>Davison, MI 48423<br>810-653-3300<br>mied@rexandersonpc.com | /s/  Jeffrey G. Heuer<br>Jeffrey G. Heuer  (P14925)<br>Jaffe, Raitt, Heuer & Weiss, P.C.<br>Attorneys for Defendant<br>27777 Franklin Road, Suite 2500<br>Southfield, MI  48034<br>(248) 351-3000<br>jheuer@jaffelaw.com |

2738071.1

and

Scott S. Gallagher
Smith, Gambrell & Russell, LLP
Attorneys for Defendant
50 North Laura Street, Ste. 2600
Jacksonville, FL 32202
(904) 598-6111
ssgallagher@sgrlaw.com
Florida Bar #0371970

2738071.1